AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



JOSEPH K. THOMAS, III

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV500-021

GEORGE T. SMITH, Warden; RANDALL HOLDEN, Deputy Warden; RICHARD COX; and DR. THOMAS FERRELL

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Jury Verdict, judgment is hereby entered in favor of Defendants, GEORGE T. SMITH, Warden; RANDALL HOLDEN, Deputy Warden; RICHARD COX; and DR. THOMAS FERRELL and against the Plaintiff, JOSEPH K. THOMAS, III. Said Defendants shall have and recover their costs of Court, in their behalf expended, such costs to be taxed by the Clerk of this Court..

Approved by: _____

August 16, 2006
Date

Scott L. Poff
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03