IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION



JOSEPH K. THOMAS, III,

    Plaintiff,

vs.

GEORGE SMITH, Warden; RANDALL HOLDEN, Deputy Warden; RICHARD COX; and DR. THOMAS FERRELL,

    Defendants.

CIVIL ACTION NO.: CV500-21

## ORDER

On August 15, 2006, following a jury trial, a verdict was returned in favor of Defendants. The Clerk entered judgment accordingly. Plaintiff has now filed a Motion for Judgment Notwithstanding the Verdict, and Defendants have filed a response. After consideration, Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 31st day of August, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)